

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

### MINUTES OF COURT

WESTERN DISTRICT OF LOUISIANA
FILED
AUG 26 2004
ROBERT H. SHEMWELL, CLERK
BY _____
    DEPUTY

| | | | |
|---|---|---|---|
| S. MAURICE HICKS, JR. | JUDGE PRESIDING | DATE | THURSDAY, AUGUST 26, 2004 |
| CAROL DARNELL | MINUTE CLERK | COURT OPENED | 10:30 AM |
| MARIE RUNYON | COURT REPORTER | COURT CLOSED | 2:45 PM |

CASE NO. 02-2168

W. G. ANDERSON, et al    Vs.   UNITED STATES OF AMERICA

APPEARANCES:

LARRY SHEA and LELAND HORTON    FOR    PLAINTIFFS
JOHN BILHEIMER                  FOR    DEFENDANT

CASE CALLED FOR:

( ) HEARING ON MOTIONS
( ) TRIAL WITHOUT JURY ____ DAY
(X) CLOSING ARGUMENTS

PROCEEDINGS:

( ) WITNESSES SEQUESTERED
( ) OPENING STATEMENT - PLAINTIFF
( ) OPENING STATEMENT - DEFENDANT
( ) TESTIMONY & EVIDENCE FOR PLAINTIFFS CONCLUDED
( ) TESTIMONY & EVIDENCE FOR DEFENDANT CONTINUED
( ) REBUTTAL TESTIMONY & EVIDENCE CONCLUDED
( ) EVIDENCE CLOSED
( ) EVIDENCE LEFT OPEN FOR _____
(X) CASE ARGUED
( ) CASE RULED ON BY THE COURT - SEE BELOW
( ) CASE TAKEN UNDER ADVISEMENT
( ) BRIEFING TIMES - SEE BELOW
( ) MISTRIAL DECLARED

**VERDICT, RULING, COMMENTS:** Without objection, USA exhibits 1062-1066 were substituted for those originally offered into evidence as redacted to exclude any reference to adjustments to the mineral values that had one time been proposed by the IRS. For the reasons orally assigned, the court will issue a memorandum order outlining the terms of his decision for computation purposes.

COPY SENT:    8/26/04    (cd) SMH