

**U.S. Department of Justice**

Tax Division

*Civil Trial Section, Southern Region*

| | | |
|---|---|---|
| *Trial Attorney: John M. Bilheimer* | *Mailing Address:* | *Street address:* |
| *Attorney's Direct Line: (202) 514-6070* | *P. O. Box 14198* | *555 4th Street, N.W., Suite 6911* |
| *Facsimile Nos. (202) 514-4963 or 514-9868* | *Washington, D.C. 20044* | *Washington, D.C. 20001* |

JMBilheimer:anderson:hicksltr3
5-33-4985
CMN 2003100337

September 2, 2004

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

SEP - 7 2004

ROBERT H. SHEMWELL, CLERK
BY _____
        DEPUTY

Honorable S. Maurice Hicks, Jr.
United States District Judge
Suite 5101, United States Courthouse
300 Fannin Street
Shreveport, Louisiana 71101

    Re:   W. G. Anderson and H. F. Anderson, as Co-Executors of the
           Estate of Gertrude F. Anderson v. United States of America
           <u>Case No. CV 02-2168-S</u>     (USDC W.D. La.)

Dear Judge Hicks:

    I would like to be allowed to reargue one of the issues on which you indicated your tentative ruling last week, that issue being whether John Thomson's valuations and testimony should be discredited – or perhaps the degree to which they should be discredited – because he has testified only for the government in tax cases. I could easily make my argument in five minutes or less. Assuming five minutes for Mr. Shea and five to ten minutes for questions and comment from your honor, I do not think a reargument of this point should take more than twenty minutes. As far as the logistics are concerned, I would be more than willing to hold this argument by conference call rather than having to convene another in-court session, and I would certainly make myself available at any time when I do not have a direct conflict.

    Thank you for your consideration of this request.

                                          Sincerely yours,

                                          John M. Bilheimer
                                          Trial Attorney, Civil Trial Section
                                          Southern Region

cc: Joseph L. Shea, Jr., Esquire
Leland G. Horton, Esquire
Lemle & Kelleher, L.L.P.
10th Floor, Louisiana Tower
401 Edwards Street
Shreveport, Louisiana 71101